UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE DAVID LAINEZ BUESO,

                 Petitioner(s),

     v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT FIELD OFFICE
DIRECTOR,

               Respondent(s).

CASE NO. C25-1748-KKE

ORDER SUSTAINING OBJECTIONS AND REFERRING TO FEDERAL PUBLIC DEFENDER FOR REVIEW

The Court has reviewed the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, as well as Petitioner's objections to that, and the remaining record. Judge Peterson recommended that the Court deny Petitioner's habeas petition and denied his renewed motion for appointment of counsel as moot. Dkt. No. 18.

Petitioner generally objects to (among other things) Judge Peterson's denial of his motion to appoint counsel, and the Court SUSTAINS this objection (Dkt. No. 19), agreeing with Petitioner that appointing counsel would serve the interests of justice here. *See* 18 U.S.C. § 3006A(a)(2)(B). Moreover, the materials submitted in support of his IFP application support his financial eligibility for such appointment. *See* Dkt. Nos. 5, 6.

Accordingly, the Court ORDERS as follows:

ORDER SUSTAINING OBJECTIONS AND REFERRING TO FEDERAL PUBLIC DEFENDER FOR REVIEW - 1

(1) The Court declines to adopt Judge Peterson's R&R and SUSTAINS Petitioner's objections thereto.

(2) This matter is referred to the Office of the Federal Public Defender for review.

(3) The Court requests that the Office of the Federal Public Defender review the petition and advise the Court no later than March 6, 2026, if it will seek appointment in this matter.

(4) If the Federal Public Defender agrees to seek appointment in this matter, the Court will set a deadline by which Petitioner (via counsel) may file supplemental briefing on the petition.

(5) The Clerk is directed to send a copy of this order to Petitioner and to the Office of the Federal Public Defender.

Dated this 23rd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER SUSTAINING OBJECTIONS AND REFERRING TO FEDERAL PUBLIC DEFENDER FOR REVIEW - 2