UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE DAVID LAINEZ BUESO,<br><br>                    Petitioner(s),<br><br>        v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>                    Respondent(s). | CASE NO. C25-1748-KKE<br><br>ORDER REFERRING TO NWIRP FOR REVIEW |

The Court previously found that appointment of counsel would serve the needs of justice, and referred this case to the Federal Public Defender for review. Dkt. No. 22. The Federal Public Defender notified that Court that it will not seek appointment in this matter, and the Court now refers the case to the Northwest Immigrant Rights Project. The clerk is directed to send a copy of the record to habeas@nwirp.org for review. NWIRP shall advise the Court no later than March 24, 2026, if it will seek appointment in this matter.

Dated this 10th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER REFERRING TO NWIRP FOR REVIEW - 1