UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE DAVID LAINEZ BUESO,<br><br>               Petitioner(s),<br>   v.<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT FIELD OFFICE<br>DIRECTOR,<br><br>              Respondent(s). | CASE NO. C25-1748-KKE<br><br>ORDER TO PROVIDE SUPPLEMENTAL<br>BRIEFING |

The Court previously found that, consistent with Petitioner's motions requesting appointment of counsel (Dkt. Nos. 8, 17, 19), appointing counsel to represent Petitioner would serve the interests of justice in this case. Dkt. No. 22 (citing 18 U.S.C. § 3006A(a)(2)(B)). Despite the Court's best efforts, the Court has been unable to locate counsel willing to represent Petitioner. *See* Dkt. Nos. 22, 23. Neither the Federal Public Defender nor the Northwest Immigrant Rights Project will seek appointment, and the Court lacks authority "to make coercive appointments of counsel." *Mallard v. U.S. Dist. Ct.*, 490 U.S. 296, 310 (1989). Under these circumstances, the Court finds that Petitioner must continue to litigate this matter himself. *See, e.g.*, *Williams v. Lawson*, C21-5536 MJP, 2024 WL 4133962, at *1–2 (W.D. Wash. Sep. 10, 2024).

Because a significant period of time has elapsed since briefing on the petition was completed, the Court ORDERS the parties to provide supplemental briefing, as follows:

ORDER TO PROVIDE SUPPLEMENTAL BRIEFING - 1

(1) No later than April 3, 2026, Respondents shall file a supplemental response to the petition.  In particular, Respondents are ordered to address in a supplemental response whether the Third Circuit's stay on removal remains in effect (*see* Dkt. No. 13 at 3) and whether any other developments in this case have resulted in a shift in the applicable detention authority.

(2) No later than April 17, 2026, Petitioner may file a supplemental reply, addressing any of Respondents' arguments or other factual updates that have occurred since this case was briefed previously.

(3) The clerk is directed to NOTE the petition (Dkt. No. 7) for April 17, 2026.

Dated this 25th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO PROVIDE SUPPLEMENTAL BRIEFING - 2